# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 05-60187-CIV-MARRA/SELTZER

JOSEPH BARATTA,

    Plaintiff,

v.

HOMELAND HOUSEWARES, LLC,

    Defendant.

_____/



## MOTION OF RICK MARTIN TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOSEPH BARATTA AND IMPOSING CHARGING LIEN.

RICK M. MARTIN, former counsel for Plaintiff JOSEPH BARATTA submits this motion to withdraw as counsel for Plaintiff and as grounds therefore submits as follows:

    1.    By letter dated September 16, 2006, Plaintiff terminated the services of undersigned and the undersigned Patent Law Offices of Rick Martin, P.C.

    2.    Plaintiff and the undersigned have disagreed, and the disagreement is at an impasse.

    3.    Consequently, undersigned counsel has no alternative but to seek the Court's indulgence and request that he and his law firm be permitted to withdraw from this action.

    4.    The law firm of Malloy & Malloy, P.A. has been in contact with undersigned counsel and has advised undersigned counsel that they have been retained to represent Plaintiff in this matter. Consequently, there will be no prejudice from Plaintiff being unrepresented in this action.

    5.    Pursuant to local rules, undersigned counsel has contacted counsel for Defendant to determine whether there is opposition to this motion and Defendant's counsel has indicated

MIA:338035:2

that they object to undersigned's withdrawal as they submit that "the parties had previously reached a settlement of this dispute and had agreed to all material terms of the settlement."

6. Further, the undersigned counsel and the Patent Law Offices of Rick Martin, P.C. imposes a charging lien on Plaintiff's interest in this action pursuant to the fee contract with Plaintiff. According to the fee contract, the undersigned counsel and his law firm are entitled to a charging lien on the plaintiff's interest in the action and requests that the court reserve jurisdiction to entertain a petition for reasonable fees to be filed within 30 days of judgment or notice of settlement to establish and enforce a charging lien to be filed at the conclusion of this civil action. *See, Heller v. Held*, 817 So.2d 1023 (Fla. 4th DCA 2002).

7. A copy of a proposed order is attached hereto as Exhibit "A."

Respectfully submitted,

Patent Law Offices of Rick Martin, P.C.
  Counsel for Plaintiff, moving to withdraw
416 Coffman Street
Longmont, Colorado 30501
Tel. No. 303-651-2177
Fax. No. 303-678-9953
e-mail: rmartin@patentcolorado.com

By _____
  Rick Martin
  Florida Bar No. 0501141

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. Mail to all persons on the attached Service List this 19 day of October, 2006.

By _____
  Rick Martin

MIA:338035:2

2

CASE NO. 05-60187-CIV-MARRA/SELTZER

## SERVICE LIST

| | |
|---|---|
| Daniel M. Cislo<br>David B. Sandelands<br>Cislo & Thomas, LLP<br>Co-Counsel for Defendant<br>233 Wilshire Boulevard, Suite 900<br>Santa Monica, California 90401<br>Tel. 310-451-0657<br>Fax. 310-394-4477<br>e-mail: dancislo@cislo.com | Stephen M. Gaffigan<br>Stephen M. Gaffigan, P.A.<br>Co-Counsel for Defendant<br>312 S.E. 17th Street, 2nd Floor<br>Fort Lauderdale, Florida 33316<br>Tel. 954-767-4819<br>Fax. 954-767-4821<br>e-mail: smgaffigan@comcast.net |
| Laurence A. Greenberg<br>Lerner and Greenberg, P.A.<br>Co-Counsel for Plaintiff<br>2445 Hollywood Boulevard<br>P.O. Box 2480<br>Hollywood, Florida 33022-2480 | Peter A. Matos<br>Malloy & Malloy, P.A.<br>Prospective Counsel for Plaintiff<br>2800 S.W. Third Avenue<br>Miami, Florida 33129<br>Tel 305-858-8000<br>Fax. 305-858-0008 |
| Luis S. Konski<br>Ruden, McClosky, Smith,<br>Schuster, Russell, P.A.<br>Counsel for Rick Martin on Charging Lien<br>701 Brickell Avenue, 19th Floor<br>Miami, Florida 33131<br>Tel. 305-479-7547<br>Fax. 305-537-3989<br>e-mail: luis.konski@ruden.com | |

MIA:338035:2

3

CASE NO. 05-60187-CIV-MARRA/SELTZER

## EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-60187-CIV-MARRA

JOSEPH BARATTA,

    Plaintiff,

v.

HOMELAND HOUSEWARES, LLC,

    Defendant.

_____/

### ORDER

UPON CONSIDERATION of Rick Martin and the Patent Law Offices of Rick Martin, P.C.'s motion to withdraw as counsel on behalf of Plaintiff and for good cause shown, it is:

ORDERED that these counsel's motion is hereby GRANTED, and that this Court shall retain jurisdiction to entertain a petition by Rick Martin and the Patent Law Offices of Rick Martin, P.C. to enforce a charging lien on the Plaintiff's interest in this matter to be filed within 30 days of notice that either this action has been reduced to judgment with Plaintiff as the prevailing party or that there has been a settlement of this action.

DONE AND ENTERED in Chambers this _____ day of _____, 2006

                                                                Honorable Kenneth A. Marra
                                                                United States District Judge

Copies furnished to:
All counsel of record.